## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN PROTO | : | CIV. NO. 3:11 CV 01456(MRK) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID CARI, EDMUND VECELLIO, KEVIN | : | |
| KLARMAN, JUSTIN BROCHU, & THE TOWN | : | |
| OF EAST HAVEN | : | |
|     Defendants. | : | MARCH 30, 2012 |

### MOTION TO STAY DISCOVERY AND PROCEEDINGS

The defendant, Officer David Cari, respectfully moves this Court to stay the discovery and proceedings in this matter until the resolution of his pending federal criminal case. A stay is required to preserve and protect the defendant's (1) state and federal constitutional privileges against self-incrimination, and/or (2) state and federal constitutional rights to due process. The defendant offers the accompanying memorandum of law in support of this Motion.

                THE DEFENDANT
                DAVID CARI

                /s/    HUGH F. KEEFE
                      Federal Bar No. ct05106
                      Lynch, Traub, Keefe, & Errante
                      52 Trumbull Street
                      New Haven, CT 06510
                      Phone: (203) 787-0275
                      Fax: (203) 782-0278

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 30, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/  HUGH F. KEEFE

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278