UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEVEN PROTO | : | CIV. NO. 3:11 CV 01456(MRK) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID CARI, EDMUND VECELLIO, KEVIN | : | |
| KLARMAN, JUSTIN BROCHU, & THE TOWN | : | |
| OF EAST HAVEN | : | |
|     Defendants. | : | AUGUST 20, 2012 |

## **JOINT STATUS REPORT**

The plaintiff filed his complaint against the defendants on September 20, 2011. On March 31, 2012, Defendant David Cari filed a Motion to Stay Discovery and Proceedings because of the criminal proceeding he is involved in.  Plaintiff filed an Objection to this request on May 7, 2012.  On May 22, 2012, this Court granted the Motion to Stay and ordered the parties to file a joint status report by August 20, 2012.

At this time, the criminal proceeding against David Cari is still ongoing.  Jury selection in the criminal matter is presently scheduled to commence on January 28, 2013.

1

/s/   Hugh F. Keefe
HUGH F. KEEFE, ESQ.
Federal Bar No. ct05106
hkeefe@ltke.com


/s/ William S. Palmieri
WILLIAM  S. PALMIERI
Federal Bar No.  14361
wpalmieri@hotmail.com

2

## CERTIFICATION OF SERVICE

I hereby certify that on August 20, 2012, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to receive electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Hugh F. Keefe
HUGH F. KEEFE, ESQ.
Federal Bar No. ct05106
hkeefe@ltke.com

3